UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MIGUEL GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL SEXTON,<br><br>Respondent. | Case No. 1:18-cv-00039-DAD-JDP<br><br>OREDER SETTING STATUS CONFERENCE |

Petitioner Luis Miquel Gonzalez, a state prisoner proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On May 2, 2018, petitioner moved for discovery of his trial court record and his appellate case file. ECF No. 18 at 38-40. On August 2, 2019, I granted petitioner's motion for discovery for the limited purpose of obtaining his appellate case file from his previous attorney.[1] ECF No. 24. I also appointed counsel for the petitioner for the limited purpose of discovery. *Id*. at 3. I ordered the appointed counsel to file a notice indicating the completion of discovery by September 20, 2010. *Id*. at 5. No such notice has been filed. Considering the foregoing, the court will set this matter for a status conference.

---

[1] Petitioner moved for discovery of his trial court record. Discovery of these documents is not necessary because respondent is under obligation to lodge these documents. *See* ECF 24 at 4.

1

Counsel for petitioner should be prepared to discuss: (1) the status of her discovery efforts; (2) a new discovery deadline, if necessary; (3) and her intentions, if any, to continue representing petitioner beyond discovery.

**Order**

The matter is set for a telephonic status conference on Friday, November 1, 2019 at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson (dial-in number: 1-888-204-5984; passcode: 4446176). The parties should be prepared to discuss the status of the case and any pending matters.

IT IS SO ORDERED.

Dated: October 29, 2019

UNITED STATES MAGISTRATE JUDGE

No. 206