UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MIGUEL GONZALEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL SEXTON,<br><br>    Respondent. | Case No. 1:18-cv-00039-DAD-JDP<br><br>ORDER SETTING NEW DISCOVERY DEADLINE |

Petitioner Luis Miquel Gonzalez, a state prisoner, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On November 1, 2019, I held a status conference regarding discovery. The discovery deadline is extended to December 2, 2019. Petitioner's counsel must file a discovery status report by November 18, 2019. Petitioner's counsel is urged to issue promptly any necessary subpoena seeking documents from petitioner's state appellate counsel.

IT IS SO ORDERED.

Dated:   November 1, 2019                          _____
                                                              UNITED STATES MAGISTRATE JUDGE

No. 206