UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MIGUEL GONZALEZ,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL SEXTON,<br><br>  Respondent. | Case No.  1:18-cv-00039-DAD-JDP<br><br>ORDER APPROVING PETITIONER'S APPLICATION FOR SUBPOENA *DUCES TECUM*<br><br>ECF No. 32 |

Petitioner Luis Miquel Gonzalez, a state prisoner, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On December 2, 2019, petitioner filed an application for approval for the U.S. Marshals' Office to serve a subpoena *duces tecum* on Rita S. Barker, petitioner's former counsel. ECF No. 32. I approve this application and order the U.S. Marshals' Office to serve Rita S. Barker with the subpoena *duces tecum* filed at ECF No. 32-1 at 1-2.

IT IS SO ORDERED.

Dated:   December 3, 2019

UNITED STATES MAGISTRATE JUDGE

1

No. 206.