UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MIGUEL GONZALEZ,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL SEXTON,<br><br>  Respondent. | Case No.:  1:18-cv-00039-KES-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>Doc. 78 |

Petitioner Luis Miguel Gonzalez is a state prisoner proceeding with counsel on his first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 41.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2025, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be denied as without merit, and that the court decline to issue a certificate of appealability.  Doc. 78.  Specifically, the magistrate judge concluded the state appellate court's rejection of petitioner's challenge to the removal of a juror was not contrary to, or based on an unreasonable application of, clearly established federal law, or that the appellate court's decision was based on an unreasonable determination of the facts, and that petitioner's ineffective assistance of counsel claims were untimely, procedurally defaulted,

1

and meritless. *Id.* at 22-30. The magistrate judge further recommended that the court deny a certificate of appealability. *Id.* at 30-31. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. The parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

After receiving an extension, petitioner filed objections on October 1, 2025. Doc. 82. In his objections, petitioner argues that the state court's decision to remove the juror "was based on an incorrect and unreasonable determination and analysis of the facts." *Id.* at 4. Petitioner challenges the magistrate judge's conclusion that the state court found the juror indicated an inability to follow the law and instructions of the trial judge, asserting "[t]his finding was not supported by the facts" because the "trial court's interview of the eleven jurors was bereft of examples of how Juror No. 7 had disregarded or refused to follow the jury instructions." *Id.* at 13. Additionally, petitioner requests that the Court issue a certificate of appealability. *Id.* at 15. Petitioner does not challenge the findings and recommendations as to his ineffective assistance of counsel claim. *See generally id.*

In accordance with 28 U.S.C. § 636(b)(1), the court performed a de novo review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.

A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal and an appeal is allowed only in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C. § 2253. If a court denies a habeas petition on the merits, the court may issue a certificate of appealability only "if jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). While the petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part." *Miller-El*, 537 U.S. at 338.

2

The court finds that reasonable jurists would not find the court's determination that the petition should be denied debatable or wrong, or that the issues presented are deserving of encouragement to proceed further. Petitioner has not made the required substantial showing of the denial of a constitutional right. Therefore, the court declines to issue a certificate of appealability

Based upon the foregoing, the court orders:

1. The Findings and Recommendations issued on August 18, 2025, Doc. 78, are adopted in full;

2. The first amended petition for writ of habeas corpus (Doc. 41) is denied;

3. The Court declines to issue a certificate of appealability;

4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:    March 1, 2026        _____
                              UNITED STATES DISTRICT JUDGE